# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| BAHA Petroleum Consulting Corp., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hess Corporation and Hess Trading Corp., | ) | Case No. 4:14-cv-062 |
| | ) | |
| Defendants. | ) | |

On December 19, 2014, the parties filed a "Stipulation of Dismissal." The court **ADOPTS** the parties' stipulation (Docket No. 19) and **ORDERS** that the above-entitled action be dismissed with prejudice and without costs to any party.

**IT IS SO ORDERED.**

Dated this 22nd day of December, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court